IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 10-04438 BKT

NANCY ZAYAS RODRIGUEZ

Chapter 13

XXX-XX-0902

FILED & ENTERED ON 09/20/2010

Debtor(s)

## ORDER APPROVING AGREEMENT FOR SURRENDER OF SHARES/SAVINGS

This case is before the court upon the agreement for the surrender of shares/savings filed between the debtor, the trustee, and COOP A/C CIDRENA, docket entry #17.

IT IS NOW ORDERED that the agreement for the surrender of shares/savings for the amount of $3,536.34 be and it is hereby approved.

San Juan, Puerto Rico, this 20 day of September, 2010.

Brian K. Tester
U.S. Bankruptcy Judge

C: DEBTOR(S)
ROBERTO FIGUEROA CARRASQUILLO
JOSE RAMON CARRION MORALES
COOP A/C CIDRENA
CLAIMS REGISTER